COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Mark and Kelly Hall v. Randy and Melinda Rogers

Appellate case number:    01-19-00408-CV

Trial court case number:  2015-55294

Trial court:              215th District Court of Harris County

Appellees, Randy and Melinda Rogers, have filed a motion to dismiss this appeal. Appellees' motion does not comply with the rules because it omits a certificate of conference. TEX. R. APP. P. 10.1(a)(5). Moreover, appellants, Mark and Kelly Hall, filed a motion to extend their briefing deadline to February 6, 2020, which this Court granted. Accordingly, we **deny** appellee's motion.

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Date: January 9, 2020